**Order entered June 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00388-CV**

**IN THE INTEREST OF K.G.R., A CHILD**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 90189**

**ORDER**

Before the Court is appellant's June 1, 2022 motion for an extension of time

to file her brief on the merits.  We **GRANT** the motion and extend the time to June

16, 2022.

/s/     KEN MOLBERG
       JUSTICE